UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ABBIE GARCIA, BRANDON PONTIOUS, and ORIN HUGHES, Individually and On Behalf of All Others<br><br>Plaintiffs,<br><br>v.<br><br>TWC ADMINISTRATION LLC d/b/a TIME WARNER CABLE,<br><br>Defendant. | CIVIL ACTION: 5:14-cv-0985-DAE-CM |

**JOINT SUBMISSION OF NOTICE OF RIGHTS AND CONSENT FORM**

Pursuant to the Court's April 16, 2015 Order Granting in Part and Denying in Part Plaintiffs' Motion for Conditional Certification of a Collective Action and Authorization for Notice, the parties have conferred and jointly submit the following for the Court's approval:

1. Notice of Collective Action in Federal Overtime Lawsuit Against Time Warner Cable (attached as Exhibit A); and

2. Notice of Consent to Join Collective Action (attached as Exhibit B).

Dated: May 1, 2015.

| | |
|---|---|
| _s/ Ricardo J. Prieto_<br>Ricardo Jose Prieto<br>Martin A. Shellist<br>Dorian Vandenberg-Rodes<br>**SHELLIST LAZARZ SLOBIN LLP**<br>11 Greenway Plaza<br>Suite 1515<br>Houston, Texas 77046<br>Phone: (713) 621-2277<br>Fax: (713) 621-0993<br><br>**ATTORNEYS FOR PLAINTIFFS** | _s/ Nathan D. Chapman_<br>Joseph W. Ozmer III (admitted pro hac vice)<br>Nathan D. Chapman (admitted pro hac vice)<br>**WARGO & FRENCH LLP**<br>999 Peachtree Street, NE<br>26th Floor<br>Atlanta, Georgia  30309<br>Phone:  (404) 853-1500<br>Fax:  (404) 853-1501 |

|  | Christine E. Reinhard<br>State Bar No. 24013389<br>**SCHMOYER REINHARD LLP**<br>3619 Paesanos Parkway<br>Suite 202<br>San Antonio, Texas  78231<br>Phone: (210) 447-8033<br>Fax: (210) 447-8036<br><br>**ATTORNEYS FOR DEFENDANT** |
|---|---|

## CERTIFICATE OF SERVICE

On May 1, 2015, a true and correct copy of this document was filed electronically. Notice of the filing was served by operation of the Court's electronic filing system (ECF), which will effectuate service on the following counsel of record:

>Martin A. Shellist
>Ricardo J. Prieto
>Dorian Vandenberg-Rodes
>SHELLIST LAZARZ SLOBIN LLP
>11 Greenway Plaza, Suite 1515
>Houston, Texas 77046

>s/ Nathan D. Chapman