IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS -
SAN ANTONIO DIVISION

| | |
|---|---|
| ABBIE GARCIA, BRANDON PONTIOUS, and ORIN HUGHES, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWC ADMINISTRATION LLC D/B/A TIME WARNER CABLE,<br><br>Defendant. | C.A. NO. 5:14-985-DAE |

**ORDER**

On this day came on to be considered the Parties' Joint Motion to Approve Confidential Settlement and to Dismiss Case with Prejudice. The Court hereby approves the settlement and grants the Parties' joint motion. Accordingly, it is

ORDERED that the Parties' confidential settlement is hereby approved and the case is hereby dismissed with prejudice to refilling same. All costs and attorneys' fees are taxed against the party incurring same. This is a final order.

Signed this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AND ENTRY REQUESTED:**

    SHELLIST | LAZARZ | SLOBIN LLP

By: */s/ Ricardo J. Prieto*
    MARTIN A. SHELLIST
    State Bar No. 00786487
    mshellist@eeoc.net
    RICARDO J. PRIETO
    State Bar No. 24062947
    rprieto@eeoc.net
    DORIAN VANDENBERG-RODES
    Texas Bar No. 24088573
    drodes@eeoc.net
    11 Greenway Plaza, Suite 1515
    Houston, Texas 77046
    Telephone: (713) 621-2277
    Facsimile: (713) 621-0993

    ATTORNEYS FOR PLAINTIFFS
    & CLASS MEMBERS

    **&**

By: */s/ Nathan D. Chapman*
    NATHAN D. CHAPMAN
    *Admitted pro hac vice*
    nchapman@kcozlaw.com
    JOSEPH W. OZMER, II
    *Admitted pro hac vice*
    jozmer@kcozlaw.com
    Kabat Chapman & Ozmer LLP
    171 17th Street NW, Suite 1550
    Atlanta, Georgia 30363
    Telephone: (470) 447-0600
    Facsimile:  (470) 447-0615
    ATTORNEYS FOR DEFENDANT